[No. 67372-6-I. Division One. January 14, 2013.]

*In the Matter of the Parentage of* A.G.D. ET AL.

JOHN DAVIDSSON, *Appellant*, v. JENNIFER J. WILLIAMSON, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-5-00067-3, George N. Bowden, J., entered June 9, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, C.J., and Grosse, J.

[No. 67415-3-I. Division One. January 14, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J. PELKEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 10-1-09624-4, Monica J. Benton, J., entered June 16, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Grosse and Becker, JJ.

[No. 67471-4-I. Division One. January 14, 2013.]

OREGON MUTUAL INSURANCE COMPANY, *Appellant*, v. RAIN CITY PIZZA, LLC, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 10-2-27699-8, Laura Gene Middaugh, J., entered July 11, 2011. *Reversed* by unpublished opinion per Grosse, J., concurred in by Schindler and Dwyer, JJ.

[No. 67677-6-I. Division One. January 14, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL SAUNDERS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 11-1-03016-1, Kimberley Prochnau, J., entered August 26, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Cox and Lau, JJ.